**Name and Prisoner/Booking Number:** James Lynn O'Hines 197067

**Place of Confinement:** ASPC Florence Eyman Complex Smu I

**Mailing Address:** Box 3400 1-0-40

**City, State, Zip Code:** Florence Az 85232

FILING FEE PAID Yes ☐ No ☒
IFP MOTION FILED Yes ☐ No ☒
COPIES SENT TO Court ☒ Pro Se ☐

FILED
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

Southern District Fed. Courts.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Quasi - Jurisdiction Calif Fed Dist Cts of San Diego etc.

**James Lynn O'Hines**
(Full Name of Plaintiff)
Plaintiff,

vs.

(1) Deputy Warden Toers Bijns
(Full Name of Defendant)

(2) Gov. Janet Napolitano

(3) Dir. of Corrections Dora B. Schriro

(4) Warden John Ortiveros

Defendant(s).

☒ Check if there are additional Defendants and attach page 1-A listing them.

**CASE NO.** 08 CV 1005 JLS RBB
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT BY A PRISONER**

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to: 28 USC 1404 (a) Venue Transf.
   ☒ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☒ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☒ Other: 28 USC 1332, 28 USC 1404 (a), Diversity Jurisdiction Change of Venue Fed Transf.
   FED R Crim P. 41 (a) Domestic Terrorisms 18 USCA 2321.

2. Institution/city where violation occurred: Alhambra, Buckeye, Florence, via Atrascadero State Hosp.

## B. DEFENDANTS

1. Name of first Defendant: __Toers Bijns__. The first Defendant is employed as: __Warden Deputy__ (Position and Title) at __Florence Az.__ (Institution)

2. Name of second Defendant: __Gov. Janet Napolitano__. The second Defendant is employed as: __Governor__ (Position and Title) at __FLORENCE__ (Institution)

3. Name of third Defendant: __Dora B. Schriro__. The third Defendant is employed as: __Director of Corrections__ (Position and Title) at __Florence, Buckeye, Alhambra,__ (Institution)

4. Name of fourth Defendant: __John Ontiveros__. The fourth Defendant is employed as: __Ombudsman Warden__ (Position and Title) at __FLORENCE__ (Institution)

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☒ Yes   ☐ No

2. If yes, how many lawsuits have you filed? __3__. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: __aka Jackson Malloy K86989__ v. __George Galaza Sr.__
      2. Court and case number: __99 cv 6647 Fresno East Dist of Calif__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __dismissed__

   b. Second prior lawsuit:
      1. Parties: __James Lynn O'Hines__ v. __B'nai B'rith Society__
      2. Court and case number: __CV06 2297 Phoenix Fed Dist Courts__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __dismissed__

   c. Third prior lawsuit:
      1. Parties: __James Lynn O'Hines__ v. __Peter Deddah & Assoc__
      2. Court and case number: __CV 05 3412 phx Jut Vum PHX FED DIST__
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) __dismissed__

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: The Right to not be threatened by Institutional Classification Staff on a daily basis over computer spks. Isolated & segregated.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities   ☐ Mail   ☐ Access to the court   ☐ Medical care
   - ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   - ☐ Excessive force by an officer   ☒ Threat to safety   ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1- Defendant: Deputy Warden Joers Bijns (who?) from 12-31-07 to 5-23-08 to 5-22-10.#
   2.    Statement: "I will, we will tie you up on a fucking gurney and kill you like your fucking Mother at the Hospital in St. Louis Mo, we are for Abagail Folger and Sharon Tate"... Internal Affairs w/ computer ... Audio video oppression.
   * Plaintiff's Uncle was at San Quentin prison death Row, and was loosely associated to Charlie Manson.
   * Plaintiff's Mother in 1989 by B'nai B'rith Society was at Hospital denied a sign-out Against Medical Advice vindictively by Florence Stutt Sgts. Nivleton & Sisterr Warden Robert Stewart, Mrs Henderson-Wagner Mona Thompson Hine Glendale Az. police Det. Smith c/o T. Rice, c/o Jim McCabe, all classification officer's com Ford & com Smith aka Fridenmaker, Medical Malpractice MTA Lisa Elzy Dr. Leone, Dr. Berksen Dr. Jaffe MD Inc. She as Linda Sue Pearsons Hines is Abagail Folgers cousin and Bobby Bujalores sister from San Quentin prison.
   * Plaintiffs child abused 1996-97-99 and in 2004 & 2005 Calif to Ariz.
   3. This oppression by State Agency Website surveillance in/out of custody denies equal access to Federal funded state prison Rehab programs, w/ physical impairment, a record of and after Rule 11 being regarded as a "psych case". To subjugate by surveillences.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Over Extended smull housing to obstruct due process 6th Amend Const Violation Right of eq. Criminal infringement, Computer Stalking, Reverse Racial Sexual Religious Discriminations. Serious physical injuries 2006, 2008# retro to 2004. Censorship oppression of L.O.S c/s Forced fighting of New Mexican Stuff for interracial controversy w/ Ems in/out of custody.

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: The Right to be free from adverse association of Mexicans, Blacks, Asians, for Active Supervision, & Affirmative Action by White Jewish-Protestant political Administration Schwarzenegger to Napolitano for oppression.

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☒ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Gov. Janet Napolitano (who?) from Sept 12 2004, Oct 17 2004 to Early Release Date as: 5-22-10. (when?) State Capital civil disobediance w/ South Mountain Div- Phoenix Police and Fire Dept. to evade felony prosecution of rouge officers from California Los Angeles County area connected to Brentwood Homocides, theft and means child abduction & exploitation Lancaster to Silver City, N.M. (why?) Retro-Active 1994, 1982, 1989 (eg)

   2. The active supervision competitively is Satanism. Tracey Lawrence Keith Urban Karo Kalin, by those of Champaigne-Urbana Illinois, California to Arizona for copyright and criminal infringements of demain domain private property personal effects papers etc. to capitalize financially only. As University of Illinois Graduates Yos w/union under Gov. Napolitano X-District Atty. from Pete Wilson's Calif Dept of Corr, denying justice & recognized accredations.

      * Officer Tony Lavoi (eg) of San Diego in Phoenix Oct, 2004 w/ plaintiff and child A recognized Satanist son of Karla Lavey, Anton Lavey.

      * Officer Helms, Authorization of Rule Violation Report that plaintiff assaulted her is a false statement, Writs against conditions of duress, as original, not mailed out to Pinal Co.

      * Silver City N.M. anticipated place of parole is prison industry complex connected to California.

   3. Instructed by supervisors to fight mexicans, jewish whites, blacks & Asian gangs in custody and forced into desolate areas out of custody for survival in racial fueding, denies freedom of life, liberty, limb, and obstructs due process rights by sound stress and places in jeopardy w/ others to harm.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Loss of earliest possible release date, overdue for a Federal placement as Homocide Witness. Loss of songs and melodies and financial status to Stovall Esq. Countrymn p/c Attys for defendant. Loss of childs life after calling C.P.S. Sept and Oct 2004 from State Capitul, D.A.s office & various locations. Loss of State Assembly Sacramento On Correspondence Ince: child custody.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution?   ☒ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count II?   ☒ Yes   ☐ No
   c. Did you appeal your request for relief on Count II to the highest level?   ☒ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A

4

## COUNT III

1. State the constitutional or other federal civil right that was violated: To not be psychiatrically forced into an ambulatory defensive state of mind by "accessio" by sound, nor physically forced into illness

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   ☐ Basic necessities ☐ Mail ☐ Access to the court ☒ Medical care
   ☐ Disciplinary proceedings ☐ Property ☐ Exercise of religion ☐ Retaliation
   ☐ Excessive force by an officer ☐ Threat to safety ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   1. Dora B. Schriro, Az. Dept of Corr Director. (who?)
   2. Sound pressures of verbal aural-audio, Authority Supervisor Commands towards an inmate paralleled to defend himself or request services Legal Mail Law Library Food as others receive, Medical attention needs, from State Hospital Atascadero to Phoenix State Capital area w/surgically operated eardrums is automation. Ambulatory defense to distract, disrupt and destroy opportunity for equal protection of the laws, parole services, rehab programs of a visually impaired, competent person. Into Arizona State prison system for illegal video supervision continuing obstruction oppression in major cause concerns Cult to Az. * At Alhambra, audio-video instructed fighting. * From 1300 W. Pierce and Grand Ave and Maricopa County jail and Courts * At Buckeye, inmates told to injure others for racial & religious sexual reasons in three man cells to show cause and injury Hospitalizing the plaintiff again from Day of arrest out of custody to current unfinished medical operation on leg in custody w/ paralyzed nerve damages, poor blood circulation, infections of skin stitches not sewed correctly w/out therapy or proper follow up by In house Doctors. * At Florence, Audio slander, libel, defamation of character as "White Nigger", "Snitch", "Faggott" by 4/5.
   3. This causes serious risks of violence by other Ymo, Damage to Healthy Body, w/ serious injury, differentially treated compared to others for Los Angeles Ca. % at Ariz Dept of Corr.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
   Leg and right thigh immobile from knee to mid-thigh muscle & tissue damages loss of feeling. Migraine Headaches by sounds in cell from parabolic spkrs and digital telephone surveillence Heart Diet needed denied for argument as crucial religious sexual Reverse Discrimination. Loss of Release date for "audio-video games" with 'Mexican Cmpo Ortiz, Martinez, Hernandez et al

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. N/A.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking:

Preliminary Injunctions as T.R.O's of Florence %3 and I.C.C. Change of Venue and Federal Transfer to Federal Hospital. To stop computer as a prejudicial weapon. As chased by electronic surveillance out of Board & Care Home San Diego to Phoenix Violation of public A.z's. 500.ºº a day and/or 25,000.ºº a month-since State Capital area to State prison subjugation as found competent by Rule 11 307,000.ºº total owed. Case over ruled for illegal practices and procedures by State & Church Officials w/ Joe Arpaio Sheriff. "Fixed jury" ° "G.J.I;" "alleged Victim", selective prosecution, New D.A. P.A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  5-24-08
DATE

_James Lynn O'Hare 18287_
SIGNATURE OF PLAINTIFF

N/A
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

pro per in persona JLynn O'Hare
(Signature of attorney, if any)
Middle Ground Prison Reform
139 East Encanto Dr
Tempe Az 85281
480 - 966 - 8116
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED**
JUN - 2 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

**FILING FEE PAID** Yes ___ No ___
**IFP MOTION FILED** Yes ___ No ✓
**COPIES SENT TO** Court ___ Pro Se ___

**I (a) PLAINTIFFS**
James Lynn O'Hines

**DEFENDANTS**
Toers-Bijns...

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**
James Lynn O'Hines
PO Box 3400
Florence, AZ 85232
#197067

**ATTORNEYS (IF KNOWN)**
'08 CV 1005 JLS RBB

**II. BASIS OF JURISDICTION** (PLACE AN x IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)

|  | PT | DEF |  | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION** (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).

42 U.S.C. 1983

**V. NATURE OF SUIT** (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury-Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reappointment |
| ☐ Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ Negotiable Instrument | ☐ 330 Federal Employers' Liability | | ☐ 630 Liquor Laws | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 RR & Truck | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | | ☐ 650 Airline Regs | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | SOCIAL SECURITY | ☐ 810 Selective Service |
| | | ☐ 370 Other Fraud | ☐ 690 Other | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | LABOR | ☐ 862 Black Lung (923) | |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | | | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | ☐ Security Act | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☒ 550 Civil Rights | | | |

**VI. ORIGIN** (PLACE AN X IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removal from State Court
- ☐ 3 Remanded from Appelate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23
**DEMAND $**
Check YES only if demanded in complaint:
**JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY** (See Instructions): JUDGE ___ Docket Number ___

DATE 6/2/2008

SIGNATURE OF ATTORNEY OF RECORD
R. Miller